JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN KRANTZ, <br><br> Plaintiff, <br><br> vs. <br><br> HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY <br><br> Defendant, | Case No. 2:18-cv-08068 DSF (MAAx) <br><br> **ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |

**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

Pursuant to the parties' joint motion, this matter is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs of suit and attorneys' fees

IT IS SO ORDERED.

DATED: January 15, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**